1  **BRODSKY & SMITH, LLC**
   Evan J. Smith (SBN 242352)
2  esmith@brodskysmith.com
   9595 Wilshire Blvd., Ste. 900
3  Beverly Hills, CA 90212
   Tel.: (877) 534-2590
4  Fax: (310) 247-0160

5
   *Attorneys for Plaintiff*
6

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROBINSON, Individually and on behalf of all others similarly situated, | Case No.: 3:18-cv-02095-WHA |
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)** |
| vs. | |
| MULESOFT, INC., GREG SCHOTT, MARK BURTON, MICHAEL CAPELLAS, STEVEN COLLINS, GARY LITTLE, RAVI MHATRE, MARCUS RYU, YVONNE WASSENAAR, ANN WINBLAD, MALBEC ACQUISITION CORP., and SALESFORCE.COM, INC, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Chris Robinson ("Plaintiff") in the above captioned action dismisses this litigation with prejudice as to the named Plaintiff and without prejudice as to the proposed class.  For the avoidance of doubt, this dismissal is without prejudice to any putative class members.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

                                          Respectfully submitted,

Dated:  June 25, 2018                          BRODSKY & SMITH, LLC

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Evan J. Smith* |
| 3 | EVAN J. SMITH (S.B. # 242352) |
| | 9595 Wilshire Boulevard, Suite 900 |
| 4 | Beverly Hills, CA 90212 |
| 5 | Tel: (877) 834-2590 |
| 6 | *Attorneys for Plaintiff* |

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514